

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2014

No. 04-14-00497-CV

David **GOAD**,
Appellant

v.

**THE COUNTY OF GUADALUPE, TEXAS**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1923-CV
Honorable William Old, Judge Presiding

## CORRECTED ORDER

On September 5, 2014, this court issued an order requiring appellant to pay the remainder of the filing fee on or before November 4, 2014. That order was issued in error. Accordingly, we withdraw our September 5, 2014 order and render this order in its place.

A filing fee of $195.00 was due when this appeal was filed. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 13-9127, Aug. 16, 2013). The clerk of the court notified appellant of the total amount due in a letter dated July 16, 2014. On July 29, 2014, appellant paid $100.00 of the total amount due; however, the full amount of the fee remains unpaid despite our decision to allow appellant additional time to remit the remainder of the fee. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay –
> at the time an item is presented for filing – whatever fees are required by statute
> or Supreme Court order. The appellate court may enforce this rule by any order
> that is just.

TEX. R. APP. P. 5.

We therefore **order** appellant, **not later than September 29, 2014** to either (1) pay the remaining $95.00 of the applicable filing fee, or (2) provide written proof to this court that he is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying

the fee.  *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs).  If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed.  *See* TEX. R. APP. P. 42.3.

Marialyn Barnard, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2014.

Keith E. Hottle
Clerk of Court